FRANK J. NEVINS, ADMINISTRATOR C. T. A., ESTATE OF THOMAS F. NEVINS, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 3350.   Promulgated June 27, 1928.

*Frederick W. Marquand, Esq.*, for the petitioner.
*Arthur H. Murray, Esq.*, for the respondent.

OPINION.

LITTLETON: Under the facts in this proceeding collection of the deficiency for 1917 is barred by the statute of limitation. *Bowers* v. *New York & Albany Lighterage Co.*, 273 U. S. 346; *Ocean Accident & Guarantee Corporation, Ltd.*, 6 B. T. A. 1045; *Theodore H. Wickwire, Jr., et al., Executors*, 10 B. T. A. 102.

*Judgment of no deficiency will be entered.*